# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK BARTLETT,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES BARTLETT, ANOOSH MOTAMEDI, and MARK KEENAN,<br><br>    Defendants. | Case No. 3:17-cv-00037-JPG-SCW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: March 8, 2018

                                            **JUSTINE FLANAGAN,**
                                            **Acting Clerk of Court**

                                            **BY:   s/Tina Gray**
                                                           **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**